IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :     1:20CR371-1 |
| MICHAEL SCOTT FAGG | : |

The Grand Jury charges:

COUNT ONE

On or about August 24, 2019, in the County of Randolph, in the Middle District of North Carolina, MICHAEL SCOTT FAGG knowingly did possess in commerce and affecting commerce a firearm, that is, a Springfield Armory .45 caliber handgun, having been convicted of a crime punishable by imprisonment for a term exceeding one year, and with knowledge of that conviction; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT TWO

From on or about August 19, 2019, continuing up to and including on or about August 24, 2019, the exact dates to the Grand Jurors unknown, in the County of Randolph, in the Middle District of North Carolina, MICHAEL SCOTT FAGG knowingly did possess in commerce and affecting commerce a firearm, that is, a Springfield Armory .45 caliber handgun, knowing and

having reasonable cause to believe the firearm was stolen; in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

DATED: August 31, 2020

MATTHEW G. T. MARTIN
United States Attorney

BY: MARY ANN COURTNEY
Special Assistant United States Attorney

A TRUE BILL:

FOREPERSON

2